# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2023 ND 72

In the Interest of J.S., minor child

| | |
|---|---|
| Ethan Hinze, L.B.S.W., | Petitioner and Appellee |
| v. | |
| J.S., Jr., child, | Respondent |
| and | |
| K.V., mother; J.S., father, | Respondents and Appellants |

### No. 20230062

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Nicholas W. Chase, Judge.

AFFIRMED.

Per Curiam.

Rebecca R. Jund, Assistant State's Attorney, Fargo, N.D., for petitioner and appellee; submitted on brief.

Elizabeth J. Sundby, Fargo, N.D., for respondent and appellant K.V., mother; submitted on brief.

Kylie M. Oversen, Fargo, N.D., for respondent and appellant J.S., father; submitted on brief.

**Per Curiam.**

[¶1]   J.S., Sr., and K.V. appeal from a juvenile court order affirming a judicial referee's findings of fact and order terminating their parental rights over their child, J.S., Jr. They argue that the juvenile court abused its discretion, and J.S., Sr., argues the trial court erred in finding the child was "in need of protection" and that the causes thereof were likely to continue. We affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr